Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 12-70452-HDH-13 |
| LEON CRABTREE | HEARING DATE:  10/16/2013 |
| EFFIE MAE CRABTREE | HEARING TIME:  10:00am |

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss Case with Prejudice in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $280.00 per month beginning 12/30/2012. The total amount paid to the Trustee is $1,712.00 and the total amount in arrears is $560.00 through August 2013.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

This motion is filed with prejudice due to prior case filings.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed with prejudice per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 10/16/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

LEON CRABTREE & EFFIE MAE CRABTREE 110 MAXWELL  BURKBURNETT TX 76354


Date:     9/3/2013                                                                      /s/ Walter O'Cheskey
                                                                                        _____
                                                                                        Walter O'Cheskey
                                                                                        Chapter 13 Trustee