

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 21, 2013

**United States Bankruptcy Judge**

_____

MTDZ 0013.000744

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
LEON CRABTREE                    CASE NO: 12-70452-HDH-13
EFFIE MAE CRABTREE               DATED: October 17, 2013
                                 HEARING DATE: October 16, 2013
                                 HEARING TIME: 10:00 AM

**ORDER DISMISSING CASE WITH PREJUDICE TO REFILING
FOR 180 DAYS**

Came to he considered the Trustees Motion to Dismiss with prejudice in the above styled and numbered case. The Trustee appeared by counsel, and the Debtor(s) appeared by counsel.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED WITH PREJUDICE FOR 180 DAYS.

It is further ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424