Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  
Leon Crabtree  
AND  
Effie Mae Crabtree  
DEBTORS  

§  
§ CASE NO. 12-70452-HdH-13  
§  
§  
§  
§  

## MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

The Petitioner herein would respectfully show unto the Court:

NOW COMES Leon Crabtree and Effie Mae Crabtree , DEBTORS, and request an Order Vacating the Dismissal Order and Reinstating the above referenced Chapter 13 case effective on the dismissal date, and would show the Court the following:

1. Debtors filed their voluntary Chapter 13 bankruptcy petition on 11/30/2012.
2. The Trustee filed a Motion to Dismiss for the Debtors' default in payments.  The hearing on this Motion was set for Wednesday, 10/16/2013.
3. An Order Dismissing the Case was entered with this Court on 10/21/2013, for failure to make required plan payments.
4. Debtors' payments were received in the trustee office on the date of the hearing.
5. Debtors have made all payments required to be current under the most recent Chapter 13 plan upon entry of an Order Vacating the Dismissal Order and Reinstating Chapter 13 Case.

**WHEREFORE, PREMISES CONSIDERED** Debtors, Leon Crabtree and Effie Mae Crabtree, pray that this Court vacates the dismissal order and reinstates this case effective 10/21/2013.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on 10/28/2013, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

- ☑ does not oppose the motion

- ☐ opposes the continuation and requests hearing on the matter.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 10/28/2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 12-70452-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Mon Oct 28 13:36:30 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | BURKBURNETT ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Bay Area Credit Servic<br>1000 Abernathy Rd Ne Ste<br>Atlanta, GA 30328-5612 |
| Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | Executive Services<br>PO Box 2248<br>Wichita Falls, TX 76307-2248 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital<br>16 McLeland Rd<br>Saint Cloud, MN 56303-2198 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lamont Hanley & Associ<br>1138 Elm St<br>Manchester, NH 03101-1531 |
| Maverick Fin<br>CO Security Finan<br>Spartanburg, SC 29304 | Med Busi Bur<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 |
| Nco Fin -99<br>Po Box 15636<br>Wilmington, DE 19850-5636 | Perdue, Brandon,Fielder,Collins & Mott<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 | United Revenue Corp<br>Attention: Office Manager<br>204 Billings St. Suite 120<br>Arlington, TX 76010-2495 |
| WICHITA COUNTY & BURKBURNETT CITY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Effie Mae Crabtree<br>110 Maxwell<br>Burkburnett, TX 76354-2102 | Leon Crabtree<br>110 Maxwell<br>Burkburnett, TX 76354-2102 |
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures           Portfolio Rc                   End of Label Matrix
1100 Commerce St., Room 951      Attn: Bankruptcy               Mailable recipients    25
Mail Stop 5029 DAL               PO Box 41067                   Bypassed recipients     0
Dallas, TX 75246                 Norfolk, VA 23541              Total                  25
```